391 A.2d 690

Commonwealth v. Loncosky, Appellant.

Submitted March 20, 1978. Richard Hale Pratt, Assistant Public Defender, for appellant; Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented and would grant a new trial because the lower court erred in refusing to charge that character evidence alone could create a reasonable doubt. *Commonwealth v. Goodman*, 182 Pa.Sup.Ct. 205, 126 A.2d 763 (1956).

391 A.2d 690

Commonwealth v. Lubin, Appellant.

Submitted December 16, 1975. Sol Lubin, for appellant; John Deutsch, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.